SKINNER v. CAMPBELL. (Circuit Court of Appeals, Fifth Circuit. January 24, 1917.) No. 2998. Appeal from the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge. T. Hart Ander-

son, of New York City, and L. W. Baldwin, of Jacksonville, Fla., for appellant. Grafton L. McGill, of Washington, D. C., and Richard P. Marks, Sam R. Marks, and Francis M. Holt, all of Jacksonville, Fla., for appellee. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. On an examination of the record in this case, we concur with the District Judge in the conclusions reached by him. See 236 Fed. 358. The decree appealed from is affirmed.